# 17-UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC,<br><br>    Plaintiff,<br> v.<br><br>JANAY L. FARMER,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C17-0764-JCC |

\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has AFFIRMED the decision of the Bankruptcy Court.

  DATED this 16th day of October 2017.

                WILLIAM M. MCCOOL
                Clerk of Court

                /s/ *Tomas Hernandez*
                Deputy Clerk