THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: <br> JANAY L. FARMER, <br>     Debtor. <br><br> NAVIENT SOLUTIONS, LLC, <br><br>                   Appellant, <br>   v. <br> JANAY L. FARMER, <br>                   Appellee. | CASE NO. C17-0764-JCC <br><br> ORDER |

This matter comes before this Court on the parties' joint motion for vacatur and remand to implement their settlement agreement (Dkt. No. 22). Finding good cause, the Court GRANTS the motion. Accordingly, the Court ORDERS as follows:

- Pursuant to Federal Rule of Civil Procedure 60(b)(6), the Court's order affirming the decision of the bankruptcy court (Dkt. No. 15) and related judgment (Dkt. No. 16) ("District Orders") are hereby VACATED subject to a right of reinstatement discussed below and in the Ninth Circuit's remand order, No. 17-35922, Dkt. No. 15 (9th Cir. Apr. 19, 2018).

- The case is REMANDED to the bankruptcy court for consideration of vacatur of its decision denying Appellant's motion to compel arbitration and for other relief in order to implement the parties' settlement agreement in this matter. *See In re Farmer*, 567 B.R. 895 (Bankr. W.D. Wash. 2017).

The Clerk is DIRECTED to reinstate the District Orders if the bankruptcy court denies vacatur of its order and Appellant files a motion for reinstatement of its appeal with this Court within twenty-eight (28) days of that event.

DATED this 11th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE